# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ASGHARI, AUGUSTINO LAMIA, BARBARA CALVER, SUPALAK PRASOBRATANA, AND DANIEL TRAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., et al.<br><br>Defendants. | Case No. CV-12-02177-CW<br><br>District Judge: Hon. Claudia Wilken<br><br>**ORDER ON STIPULATION REGARDING DATES FOR CERTAIN MOTIONS** |
| YUNG KIM, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., et al.<br><br>Defendants | Case No. C12-01156-CW<br><br>District Judge: Hon. Claudia Wilken |

# ORDER

The Court having considered the stipulation of plaintiffs ALI ASGHARI, AUGUSTINO LAMIA, BARBARA CALVER, SUPALAK PRASOBRATANA, DANIEL TRAN, and YUNG KIM (collectively referred to as "Plaintiffs") and Defendant VOLKSWAGEN GROUP OF AMERICA, INC. ("VWGoA") and finding good cause, is of the opinion it should be GRANTED.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The time within which VWGoA may file its replies with respect to any opposition(s) filed by Plaintiffs to VWGoA's motion to dismiss and motion to transfer in the *Asghari* action shall be extended from November 20, 2012 to December 11, 2012.

2. The hearings on VWGoA's motions to dismiss and motions to transfer venue in both the *Kim* and *Asghari* actions, as well as the date for the Case Management Conferences in both the *Kim* and *Asghari* actions shall be continued from December 13, 2012 to January 17, 2013.

**IT IS SO ORDERED:**

Dated:     November 19    , 2012

_____
Honorable Claudia Wilken
United States District Judge

-2-

[PROPOSED] ORDER ON STIPULATION REGARDING AGREED UPON DATES FOR CERTAIN MOTIONS